**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


LISA ANN VAUGHN and
PHILLIP VAUGHN,

        Plaintiffs,

v.                                                          CASE NO.  4:09cv169-RH/WCS

HARRELL W. REVELL, etc.,
et al.,

        Defendants.

_____/


**<u>ORDER REQUIRING DISCLOSURE OF DCF RECORDS</u>**


The defendants' motion to require disclosure of records of the Department of

Children and Families relating to the plaintiffs Lisa Ann Vaughn and Phillip

Vaughn is GRANTED.  If a subpoena for the records is served on the Department,

the Department must either (a) make the records available for inspection and

copying by the attorneys of record in this lawsuit, or (b) file a motion to quash

within 10 days after service of the subpoena.  The clerk must set a motion to quash

for hearing within five days after it is filed.  A person who views or obtains a copy

of a record because of this order or a subpoena must use the record—and

information in it—only in connection with this lawsuit and must not disclose the

record—or information in it—except as necessary in connection with this lawsuit.

An attorney who makes a record available to any other person under this order

must ensure that the person knows about and receives a copy of this order before

receiving the record.  This order does not restrict the use or disclosure of

information obtained by means unrelated to this order or a subpoena authorized by

this order.

      SO ORDERED on October 30, 2009.

                            s/Robert L. Hinkle            
                            United States District Judge