UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LISA ANN VAUGHN and PHILLIP
VAUGHN,

    Plaintiffs,

vs.                              CASE NO.: 4:09cv169-RH/WCS

HARRELL W. REVELL, individually and in his
official capacity as sheriff of Liberty County,
Florida; FANNIE PARTRIDGE, et al.,

    Defendants.
_____/



## MEDIATION REPORT

    The parties to the above cause submitted their issues to mediation on November 4, 2009. All issues with all parties have been resolved with the exception of the claims between Plaintiffs and Defendant William Strawn.

                                          J. C. O'STEEN
                                          Mediator

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Craig J. Brown, Esquire, at Law Offices of Craig J. Brown, P.A., 411 North Calhoun Street, The West-Quarterman House, Tallahassee, Florida 32301, Timothy Warner, Esquire, and



Jennifer Wintrode, Esquire, at Warner & Wintrode, P.A., Post Office Box 1820, Panama City, Florida 32402, and Jeanette Andrews, Esquire, at Andrews, Crabtree, Knox & Andrews, Post Office Box 12800, Tallahassee, Florida 32317-2800, by U. S. Mail, on this 5th day of November, 2009.

J. C. O'STEEN, Attorney

Files/Mediation/Brown/Vaughn.Vaughn.vs.Revell,Tatum,Partridge.Medreport